HEATHER E. WILLIAMS, #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
JORGE RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  1:13-cr-00357-AWI-BAM |
|---|---|
| *Plaintiff*, | ) |
| vs. | ) **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE/TRIAL SETTING** |
| JORGE RODRIGUEZ, | ) |
| *Defendant.* | ) DATE:   March 9, 2015<br>) TIME:    10:00 a.m.<br>) JUDGE: Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status conference/trial setting in the above-captioned matter now set for February 9, 2015, may be continued to March 9, 2015 at 10:00 a.m.

The defense proposes this stipulation because an expert has been retained but additional time is needed to accomplish the testing of drug exhibits.

The requested continuance is with the intention of conserving time and resources for both parties and the court.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 |   | BENJAMIN B. WAGNER<br>United States Attorney |
| 4 | DATED: January 30, 2015 | */s/ Kimberly A. Sanchez*<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| 7 |   | HEATHER E. WILLIAMS<br>Federal Defender |
| 9 | DATED: January 30, 2015 | */s/ Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>JORGE RODRIGUEZ |

IT IS SO ORDERED.

Dated:  January 30, 2015              _____

SENIOR DISTRICT JUDGE