HEATHER E. WILLIAMS, #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
JORGE RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>         *Plaintiff*,  )<br>  )<br>vs.  )<br>  )<br>JORGE RODRIGUEZ,  )<br>  )<br>         *Defendant*.  )<br>  )<br>  ) | Case No.  1:13-cr-0357-AWI-BAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENC/TRIAL SETTING AND ORDER**<br><br>DATE:   April 6, 2015<br>TIME:   10:00 a.m.<br>JUDGE: Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status conference/trial setting in the above-captioned matter now set for March 9, 2015, may be continued to April 6, 2015 at 10:00 a.m. and that the Drug Enforcement Administration, by its agents, may transport narcotic evidence to Central Valley Toxicology, 1580 Tollhouse Road, Clovis, California for retesting by the defense expert, William Posey, or such other staff chemist as he may designate.

The defense proposes this stipulation because defense counsel is in the process of retesting narcotics exhibits and has just learned that DEA requires a court order to make the narcotics available for retesting.

The requested continuance is with the intention of conserving time and resources for both parties and the court.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time

set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                                                Respectfully submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: March 5, 2015                        */s/ Kimberly A. Sanchez*
                                                KIMBERLY A. SANCHEZ
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                                HEATHER E. WILLIAMS
                                                Federal Defender

DATED: March 5, 2015                        */s/ Victor M. Chavez*
                                                VICTOR M. CHAVEZ
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                JORGE RODRIGUEZ

**O R D E R**

IT IS SO ORDERED.

Dated:  March 5, 2015                        _____
                                                SENIOR DISTRICT JUDGE