1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6
   Attorneys for Plaintiff
7  United States of America

8

9            IN THE UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,        | CASE NO. 1:13-CR-00357-AWI-BAM

13 |                   Plaintiff,     | STIPULATION TO CONTINUE STATUS
                                       CONFERENCE
14 |           v.                     |

15 | JORGE RODRIGUEZ,                 |

16 |                   Defendant.     |

17

18      IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and

19 Kimberly A. Sanchez, Assistant U.S. Attorney and Victor Chavez, attorney for the defendant, that the status

20 conference set for April 6, 2015 at 10:00 am before the Honorable Anthony W. Ishii be continued to April

21 27, 2015 at 10:00 a.m.  The reason for the request is because the government missed the Order directing

22 transport of the narcotics for testing coming through the electronic filing system by an oversight, and only

23 noticed it on 4-1-15.  The defendant desires to have the drugs tested by the laboratory noted in the

24 transportation order issued on March 5, 2015.  The parties anticipate that the testing can be accomplished

25 prior to April 27, 2015.

26 ///

27 ///

28 ///

   Stipulation                                    1

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: April 2, 2014					Respectfully submitted,

							BENJAMIN B. WAGNER
							United States Attorney

					By	/s/ Kimberly A. Sanchez
						KIMBERLY A. SANCHEZ
						Assistant U.S. Attorney

Dated: April 2, 2015				/s/ Victor Chavez
						VICTOR CHAVEZ
						Attorney for Defendant

IT IS SO ORDERED.

Dated:   April 2, 2015		_____
						SENIOR DISTRICT JUDGE