BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00357-AWI-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR DELIVERY OF CONTROLLED SUBSTANCES TO CENTRAL VALLEY TOXICOLOGY FOR FURTHER ANALYSIS |
| v. | |
| JORGE RODRIGUEZ, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Victor Chavez, attorney for the defendant, that the Government produce a representative sample of the following exhibit(s), to-wit:

<u>Exhibit Number</u>       <u>DEA Laboratory Number</u>
  *1.01*                        *7181782*

as reported in DEA FORM-7, REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED, having the Case File No. R9-13-0117, and dated March 13, 2014, for identification and quantitative analysis (calculated as the hydrochloride salt form) of the controlled substance contained therein by a defense expert, and upon this court's consideration of the arguments and pleadings filed,

1

1    IT IS HEREBY STIPULATED in accordance with FED.R.CRIM.P 16(a)(1)(E), that the
2 Government shall allow the defense to independently inspect and analyze a representative sample from
3 each of the above-described drug exhibits; and

4    IT IS FURTHER STIPULATED that the Government shall deliver, in a manner
5 consistent with the type and quantity of controlled substance at issue, a representative sample in the
6 amount of 500 mg or not less than one-half (1/2) the current reserve weight, if less than 1 gram presently
7 remains as the reserve weight, from each of the above-described exhibits to Bill Posey, DEA License
8 No. RC0112095, of the <u>Central Valley Toxicology</u>, located at 1580 Tollhouse Road, Clovis, California
9 93611, with telephone no. 559-323-9940. The DEA San Francisco Laboratory shall arrange the delivery
10 of said representative sample(s) on or before May 25, 2015, to Bill Posey, of Central Valley Toxicology
11 and

12    IT IS FURTHER STIPULATED, that upon delivery of the representative sample for each
13 of the exhibit(s) identified above to the defense expert, the defense expert shall conduct the
14 identification and quantitative analysis (calculated as the hydrochloride salt form) ordered herein, and
15 shall provide the Government with an *Unsworn Declaration Under Penalty of Perjury*, under 28 U.S.C.
16 § 1746, executed by the individual who conducted the analyses, or the head of the facility where the
17 analyses occurred, which states the quantity of each exhibit consumed during testing, and either the
18 weight of each exhibit returned to the Government, or a statement that all sample was consumed during
19 testing; and

20    IT IS FURTHER STIPULATED that all remaining material of the sample(s), after
21 testing, is to be returned by Bill Posey to the DEA San Francisco Regional Laboratory via registered
22 U.S. mail, return receipt requested, or approved commercial carrier, within five (5) business days after
23 the completion of analyses; and

24    ///
25 ///
26 ///
27 ///
28

IT IS FURTHER STIPULATED, in accordance with FED. R. CRIM. P. 16(b)(1)(B), that the defendant shall provide the Government with a copy of the results or report of the physical examinations and scientific tests or experiments which resulted from the analyses conducted under this Order: and

IT IS FURTHER STIPULATED, that Bill Posey is to safeguard the representative sample(s) received, preserving the chain of custody in a manner to faithfully protect the integrity of each exhibit received.

Dated: July 28, 2015                                        Respectfully submitted,

                                                            BENJAMIN B. WAGNER
                                                            United States Attorney

                                              By     /s/ Kimberly A. Sanchez
                                                     KIMBERLY A. SANCHEZ
                                                     Assistant U.S. Attorney

Dated: July 28, 2015                                 /s/ Victor Chavez
                                                     VICTOR CHAVEZ
                                                     Attorney for Defendant

IT IS SO ORDERED.

Dated:   July 28, 2015         _____
                                              SENIOR  DISTRICT  JUDGE