HEATHER E. WILLIAMS, #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
JORGE RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:13-cr-0357 AWI-BAM |
| *Plaintiff*, | |
| vs. | **STIPULATION TO CONTINUE STATUS CONFERENCE;  ORDER** |
| JORGE RODRIGUEZ, | DATE:   February 22, 2016 |
| *Defendant.* | TIME:    10:00 a.m. |
| | JUDGE: Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for January 19, 2016, may be continued to February 22, 2016 at 10:00 a.m.

The defense proposes this stipulation because defendant needs additional time to consider the plea offer and to conduct examination of a firearm.

The requested continuance is with the intention of conserving time and resources for both parties and the court.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED:  January 13, 2016 | /s/ Kimberly A. Sanchez<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED:  January 13, 2016 | /s/ Victor M. Chavez<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>JORGE RODRIGUEZ |

**O R D E R**

IT IS SO ORDERED.

Dated:  January 13, 2016  _____
 SENIOR  DISTRICT  JUDGE