HEATHER E. WILLIAMS, #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
JORGE RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>JORGE RODRIGUEZ,  )<br>  )<br>Defendant.  )<br>  )<br>  ) | Case No. 1:13-cr-00357 AWI-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE: March 7, 2016<br>TIME:   10:00 a.m.<br>JUDGE: Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for February 22, 2016, may be continued to March 7, 2016 at 10:00 a.m.

The defense proposes this stipulation because defense counsel will be out of state.

The requested continuance is with the intention of conserving time and resources for both parties and the court.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

///

1  
2  
3  

                                              Respectfully submitted,

                                              BENJAMIN B. WAGNER  
                                              United States Attorney

4  DATED:  February 17, 2016                     */s/ Kimberly A. Sanchez*  
                                              KIMBERLY A. SANCHEZ  
5                                               Assistant United States Attorney  
                                              Attorney for Plaintiff

6  
7                                               HEATHER E. WILLIAMS  
                                              Federal Defender  
8  
9  DATED:  February 17, 2016                     */s/ Victor M. Chavez*  
                                              VICTOR M. CHAVEZ  
10                                               Assistant Federal Defender  
                                              Attorney for Defendant  
11                                               JORGE RODRIGUEZ

12  
13  
14                                      **O R D E R**

15  IT IS SO ORDERED.  
16  
   Dated:  February 17, 2016  
17                                             SENIOR  DISTRICT  JUDGE

18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28